**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK**

| | | |
|---|---|---|
| **CELGARD, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LG CHEM, LTD., and LG CHEM** | ) | |
| **AMERICA, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 23) filed by W. Thad Adams, III, concerning Michael J. McKeon on March 19, 2014. Mr. Michael J. McKeon seeks to appear as counsel *pro hac vice* for Defendants LG Chem, Ltd. et al. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 23) is **GRANTED.** Mr. Michael J. McKeon is hereby admitted *pro hac vice* to represent Defendants LG Chem Ltd. et al.

  **SO ORDERED**.

Signed: March 19, 2014

David C. Keesler
United States Magistrate Judge