IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) filed by W. Thad Adams, III, concerning Leah A. Edelman on March 19, 2014. Ms. Leah A. Edelman seeks to appear as counsel *pro hac vice* for Defendants LG Chem, Ltd. et al. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) is **GRANTED.** Ms. Leah A. Edelman is hereby admitted *pro hac vice* to represent Defendants LG Chem Ltd. et al.

**SO ORDERED**.

Signed: March 19, 2014

David C. Keesler
United States Magistrate Judge