**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK**

| | | |
|---|---|---|
| CELGARD, LLC, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
|   v. | ) | **ORDER** |
| | ) | |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) | |
| | ) | |
|      Defendants. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion To Seal" (Document No. 28) filed March 19, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED that the "Motion To Seal" (Document No. 28) is GRANTED.

IT IS FURTHER ORDERED that Defendants shall file under seal the Memorandum in Support of the LG Chem Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; the Declaration of Jae Yong Choi in Support of Defendants' Motion to Dismiss Plaintiff's Complaint; and the Declaration of Juan (S.H.) Oh in Support of Defendants' Motion to Dismiss Plaintiff's Complaint.

Signed: March 20, 2014

David C. Keesler
United States Magistrate Judge