IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Seal" (Document No. 41) filed March 21, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Seal" (Document No. 41) is **GRANTED**.

**SO ORDERED**.

Signed: March 21, 2014

David C. Keesler
United States Magistrate Judge