# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LG CHEM, LTD., and LG CHEM AMERICA, ) | |
| INC., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Seal" (Document No. 65) filed April 21, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Seal" (Document No. 65) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Reply in Support of the LG Chem Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is to be filed under seal. This material will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: April 21, 2014

David C. Keesler
United States Magistrate Judge