IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion To Seal" (Document No. 90) filed May 5, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion To Seal" (Document No. 90) is **GRANTED**.

**IT IS FURTHER ORDERED** that Celgard's Reply in Support of Its Alternative Motion for Jurisdictional Discovery and its Memorandum of Law in Opposition to Defendant's Alternative Motion to Transfer Venue to the Eastern District of Michigan be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: May 6, 2014

David C. Keesler
United States Magistrate Judge