**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK**

| | |
|---|---|
| **CELGARD, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **LG CHEM, LTD., and LG CHEM AMERICA,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

       **THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Seal" (Document No. 98) filed May 12, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Seal" (Document No. 98) is **GRANTED**. The LG Chem Defendants' Reply in Support of Alternative Motion to Transfer Venue to the Eastern District of Michigan is to be filed under seal. This material will remain under seal permanently or until otherwise ordered.

       **SO ORDERED**.

Signed: May 13, 2014

David C. Keesler
United States Magistrate Judge