UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00043-MOC-DCK

| | |
|---|---|
| **CELGARD, LLC,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **LG CHEM AMERICA, INC.** **LG CHEM, LTD.,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on plaintiff's Motion to Redact Portions of May 14, 2014 Hearing Transcript. For good cause shown, the court will redact the Transcript of such hearing as outlined in plaintiff's motion as it appears that such portions tend to reveal protected trade secrets. Further, the public interest in disclosure of such information is minimal, if any, and is greatly outweighed by the interest in protecting trade secrets from being publicly disclosed and misappropriated. Finally, counsel are reminded that L.Cv.R. 7.1 requires that motions reflect consultation with opposing counsel. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Redact Portions of May 14, 2014 Hearing Transcript (#119) is GRANTED, and the transcript is, hereby, so redacted.

Signed: July 7, 2014

Max O. Cogburn Jr.
United States District Judge