IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Seal" (Document No. 133) filed July 21, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Seal" (Document No. 133) is **GRANTED**. The "LG Chem Defendants' Motion To Stay Preliminary Injunction Pending Appeal" (Document No. 135) and "Memorandum Of Law In Support Of The LG Chem Defendants' Motion To Stay Preliminary Injunction Pending Appeal" (Document No. 136) are to be filed under seal.

**SO ORDERED**.

Signed: July 21, 2014

David C. Keesler
United States Magistrate Judge