IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "The LG Chem Defendants' Motion To Dismiss Plaintiff's Complaint For Lack Of Personal Jurisdiction" (Document No. 30); "Plaintiff Celgard, LLC's Alternative Motion For Jurisdictional Discovery" (Document No. 58); and "The LG Chem Defendants' Alternative Motion To Transfer Venue To The Eastern District Of Michigan" (Document No. 71). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The Honorable Max O. Cogburn, Jr. issued an "Order" (Document No. 128) on July 18, 2014: (1) granting Plaintiff's motion for jurisdictional discovery (Document No. 58) as directed by the undersigned Magistrate Judge; and (2) referring Defendants' pending motions to dismiss and transfer (Document Nos. 30 and 71) to the undersigned Magistrate Judge. Pursuant to Judge Cogburn's "Order" (Document No. 128), the undersigned will set a schedule for discovery and additional briefing.

**IT IS, THEREFORE, ORDERED** that Plaintiff and Defendants may each submit fifteen (15) interrogatories and fifteen (15) requests for document production to the opposition

("discovery requests"), limited to the issue of jurisdiction. Discovery requests shall be served on or before **August 1, 2014**; and responses shall be provided on or before **August 29, 2014**.

    **IT IS FURTHER ORDERED** that the parties shall file **one (1)** supplemental brief of twenty (20) pages or less regarding jurisdiction and the pending motions to dismiss and/or transfer (Document Nos. 30 and 71) on or before **September 11, 2014**. The parties shall file responses to each other's supplemental briefs on or before **September 18, 2014**.

    **SO ORDERED**.

Signed: July 21, 2014

David C. Keesler
United States Magistrate Judge