IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 140) filed by Fred M. Wood, Jr., concerning Christopher Lovrien on July 21, 2014. Mr. Christopher Lovrien seeks to appear as counsel *pro hac vice* for Plaintiff Celgard, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 140) is **GRANTED.** Mr. Christopher Lovrien is hereby admitted *pro hac vice* to represent Plaintiff Celgard, LLC.

**SO ORDERED**.

Signed: July 21, 2014

David C. Keesler
United States Magistrate Judge