**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:14-CV-043-MOC-DCK**

| | |
|---|---|
| **CELGARD, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **LG CHEM, LTD., and LG CHEM** ) | |
| **AMERICA, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 138) filed by Fred M. Wood, Jr., concerning Jennifer L. Swize on July 21, 2014. Ms. Jennifer L. Swize seeks to appear as counsel *pro hac vice* for Plaintiff Celgard, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 138) is **GRANTED.** Ms. Jennifer L. Swize is hereby admitted *pro hac vice* to represent Plaintiff Celgard, LLC.

  **SO ORDERED**.

Signed: July 21, 2014

David C. Keesler
United States Magistrate Judge