UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00043-MOC-DCK

| | | |
|---|---|---|
| **CELGARD, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LG CHEM AMERICA, INC.** | ) | |
| **LG CHEM, LTD.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's unopposed Motion to Unseal. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Unseal (#162) is **GRANTED**, and Order (#128) is **UNSEALED**. Further, the word "discovered" is corrected to read "discovery" on page 11 of such Order (#128).

Signed: July 23, 2014

Max O. Cogburn Jr.
United States District Judge