IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Seal" (Document No. 167) filed July 29, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' counsel has no objection to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Seal" (Document No. 167) is **GRANTED**.

**IT IS FURTHER ORDERED** that Celgard's (1) Brief in Support of Celgard's Motion to Increase Amount of Defendants' Bond Pending Their Appeal of Stayed Preliminary Injunction, (2) Declaration of William J. Paulus, and (3) Declaration of Tim Riney be filed under seal. The documents filed under seal will remain under seal permanently or until otherwise ordered

**SO ORDERED**.

Signed: July 31, 2014

David C. Keesler
United States Magistrate Judge