IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Seal" (Document No. 199) filed August 22, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Seal" (Document No. 199) is **GRANTED**. "Plaintiff Celgard, LLC's Reply In Support Of Its Motion To Increase Amount Of Defendants' Bond Pending Their Appeal Of Stayed Preliminary Injunction" (Document No. 201) shall be filed under seal. This document filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: August 25, 2014

David C. Keesler
United States Magistrate Judge