IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Seal" (Document No. 224) filed September 29, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Seal" (Document No. 224) is **GRANTED**. "LG Chem Memorandum In Support Of Motion To Dismiss Counts III, IV, V, And VI Of Celgard's First Amended Complaint For Failure To State A Claim Upon Which Relief Can Be Granted" (Document No. 223) shall be filed under seal. This document filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: September 30, 2014

David C. Keesler
United States Magistrate Judge