IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Seal" (Document No. 228) filed September 29, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Seal" (Document No. 228) is **GRANTED**. "LG Chem Memorandum In Support Of Motion To Dismiss Plaintiff's First Amended Complaint For Lack Of Personal Jurisdiction" (Document No. 227) shall be filed under seal. This document filed under seal will remain under seal permanently or until otherwise ordered.

**SO ORDERED**.

Signed: September 30, 2014

David C. Keesler
United States Magistrate Judge