# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion To Seal" (Document No. 249) filed October 27, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** Defendants' "Consent Motion To Seal" (Document No. 249) is **GRANTED**.

**IT IS FURTHER ORDERED** that (1) LG Chem's Reply in Support of Motion to Dismiss Courts III, IV, V, VI of Celgard's First Amended Complaint For Failure To State a Claim Upon Which Relief Can Be Granted Under F.R.C.P. 12(b)(6); (2) LG Chem's Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction; and (3) LG Chem's Reply in Support of Alternative Motion to Transfer Venue to the Eastern District of Michigan in Whole or in Part be sealed. This material will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: October 28, 2014

David C. Keesler
United States Magistrate Judge