IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| CELGARD, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 254) filed by Fred M. Wood, Jr., concerning Andrew D. Hedden on December 29, 2014. Mr. Andrew D. Hedden seeks to appear as counsel *pro hac vice* for Plaintiff Celgard, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 254) is **GRANTED.** Mr. Andrew D. Hedden is hereby admitted *pro hac vice* to represent Plaintiff Celgard, LLC.

**SO ORDERED**.

Signed: December 30, 2014

David C. Keesler
United States Magistrate Judge