| | | |
|---|---|---|
| **CELGARD, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LG CHEM AMERICA, INC.** | ) | |
| **LG CHEM, LTD.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Oral Argument on Plaintiff's Objections. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Oral Argument on Plaintiff's Objections (#270) is GRANTED, and the Clerk of Court is instructed to calendar plaintiff's Objections (#266) for oral arguments on the next civil motions day.

Signed: March 27, 2015

Max O. Cogburn Jr
United States District Judge