IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion To Seal" (Document No. 282) filed July 2, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion To Seal" (Document No. 282) is **GRANTED**, and "Defendants LG Chem, Ltd. And LG Chem America, Inc.'s Answer To Plaintiff Celgard, LLC's First Amended Complaint" (Document No. 284) shall be sealed. This document will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: July 6, 2015

David C. Keesler
United States Magistrate Judge