IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| CELGARD, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LG CHEM, LTD., and LG CHEM AMERICA, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's' "Consent Motion To Seal" (Document No. 294) filed August 6, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's' "Consent Motion To Seal" (Document No. 294) is **GRANTED**. "Celgard's Memorandum In Opposition To LG Chem's Motion To Stay Pending *Inter Partes* Review" (Document No. 296) shall be filed under seal. This document will remain under seal until otherwise ordered.

**SO ORDERED**.

Signed: August 6, 2015

David C. Keesler
United States Magistrate Judge