IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| LG CHEM AMERICA, INC., and LG CHEM, LTD., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "LG Chem's Motion To Stay Pending *Inter Partes* Review" (Document No. 289) filed on July 20, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, the undersigned will grant the motion to stay.

By the instant motion, Defendants request that this litigation be stayed pending final resolution of the *inter partes* review of U.S. Patent No. 6,432,586 (the "'586 patent") instituted by the U.S. Patent and Trademark Office. (Document No. 289). Defendants report that a total of four *inter partes* reviews of the '586 patent were instituted in 2014, with final decision(s) statutorily required no later than October 2015. (Document No. 290, pp.1-2). Specifically, Plaintiff expects a final decision on all four instituted reviews by October 8, 2015.

Recognizing the passage of time since the instant motion was filed, and noting that decisions by the Patent Trial and Appeal Board at the U.S. Patent and Trademark Office are imminent, the undersigned finds good cause to grant Defendants' request.

## CONCLUSION

**IT IS, THEREFORE, ORDERED** that "LG Chem's Motion To Stay Pending *Inter Partes* Review" (Document No. 289) is **GRANTED**.

**IT IS FURTHER ORDERED** that within **fourteen (14) days** of a decision by the Patent Trial and Appeal Board on all four pending *inter partes* reviews, the parties shall: (1) file a Status Report; and (2) confer and file an updated Certification Of Initial Attorney's Conference.

**SO ORDERED**.

Signed: October 5, 2015

David C. Keesler
United States Magistrate Judge