IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LG CHEM AMERICA, INC., and | ) |
| LG CHEM, LTD., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the "Joint Status Report" (Document No. 308) filed on October 14, 2015. Having carefully considered the Status Report and the record, the undersigned will <u>grant</u> the parties' request to continue the stay.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** up to and including **November 30, 2015**. The parties shall file a Notice of Settlement, or confer and file an updated Certification Of Initial Attorney's Conference, on or before **November 30, 2015**.

**SO ORDERED**.

Signed: October 16, 2015

David C. Keesler
United States Magistrate Judge