IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-043-MOC-DCK

| | |
|---|---|
| CELGARD, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LG CHEM AMERICA, INC., and LG CHEM, LTD., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Continue The Stay" (Document No. 310) filed on November 27, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Continue The Stay" (Document No. 310) is **GRANTED**, and that this matter is **STAYED** up to and including **January 15, 2016**. The parties shall file a Notice of Settlement, or confer and file an updated Certification Of Initial Attorney's Conference, on or before **January 15, 2016**. Further requests to extend this deadline are unlikely to be allowed.

**SO ORDERED**.

Signed: November 30, 2015

David C. Keesler
United States Magistrate Judge